IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Brandy Overcash, individually and as next best friend of Darrell W. Overcash, deceased, and Brandy Overcash on behalf of the heirs and next of kin of Darrell W. Overcash, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Jones Contractors, Inc., Ian O'Neal, and The Hertz Corporation,<br><br>Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br><br><br><br>Case No. 4:15-cv-056 |

Before the court is a motion for attorney Gene R. Bushnell to appear *pro hac vice* on behalf of Defendant The Hertz Corporation. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gene R. Bushnell has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**. Attorney Gene R. Bushnell is admitted to practice before this court in the above-entitled action on behalf of Defendant The Hertz Corporation.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge