# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Brandy Overcash, individually and as next best friend of Darrell W. Overcash, deceased, and Brandy Overcash on behalf of the heirs and next of kin of Darrell W. Overcash, deceased, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Jones Contractors, Inc., Ian O'Neal, and The Hertz Corporation, )<br><br>Defendants. ) | **ORDER**<br><br>Case No. 4:15-cv-0056 |

Before the court is a "Stipulation of Partial Dismissal With Prejudice" filed on April 26, 2016. The court **ADOPTS** the stipulation (Doc. No. 27). Plaintiff's claims against Defendant The Hertz Corporation ("Hertz") shall be **DISMISSED** without costs, disbursements, or interest to any party. Hertz shall be removed from the caption of any and all future filings in this case.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court