# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brandy Overcash, individually as next best friend of Darrell W. Overcash, deceased, and Brandy Overcash on behalf of the heir and next of kin of Darrell W. Overcash, deceased, | ) ) ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Jones Contractors, Inc. and Ian O'Neal, | ) ) | Case No. 4:15-cv-056 |
| Defendants. | ) | |

The Defendants have filed objections to deposition testimony Plaintiff has indicated she will present at trial. (Docket No. 94). Specifically, Defendants object to the deposition testimony from Tracey Jones, Colton Lantz, and Dalton Lantz. As of this time, Plaintiff has not filed copies of the transcripts from those depositions with the court, rendering the court unable to consider whether to allow the objected testimony. The court **ORDERS** either party intending to offer testimony by way of deposition to electronically file a transcript of that deposition forthwith. If the parties have been unable to resolve the dispute concerning the above-mentioned deposition testimonies, the court will take up the objections either before trial on Monday or during a recess on Monday morning.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2016.

                                                                           */s/ Charles S. Miller, Jr.*
                                                                           Charles S. Miller, Jr., Magistrate Judge
                                                                           United States District Court