# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Brandy Overcash, individually and on behalf of the next of kin of Darrell Overcash, deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>Jones Contractors, Inc.,<br><br>        Defendant. | **ORDER**<br><br>Case No. 4:15-cv-056 |

On December 4, 2016, the parties filed stipulations to dismiss Defendant Ian O'Neal, to correct the captions re the dismissed defendants, and for the withdrawal of plaintiff's survival action of Darrell W. Overcash. The court **ADOPTS** the parties' stipulations (Doc. Nos. 103, 104, and 105). Plaintiff's claims against Defendant Ian O'Neal are **DISMISSED**. The survival action is also **DISMISSED**. The caption of this matter has been amended to reflect that Jones Contractors, Inc. is the remaining defendant.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2016.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court