# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Brandy Overcash, individually and on behalf of the next of kin of Darrell Overcash, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>Jones Contractors, Inc.<br><br>    Defendant. | **JUDGMENT**<br><br>Case No. 4:15-cv-056 |

On December 12, 2016, the jury returned a special verdict in the above case. (Doc. No. 111). On December 21, 2016, the parties filed a stipulation in which they agreed to a calculation of a final judgment amount of $1,087,422.33 based on the jury's verdict, including prejudgment interest to December 22, 2016. (Doc. No. 113). Based on the foregoing, **IT IS ORDERED AND ADJUDGED** that plaintiff Brandy Overcash, in her capacity as the person authorized to bring suit on behalf of the heirs at law of Darrel Overcash pursuant to N.D.C.C. ch. 32-21, shall have judgment against defendant Jones Contractors, Inc. on the statutory claim for wrongful death in the total amount of $1,087,442.33, with interest accruing after the entry of judgment at the legal rate. Any other claims are dismissed with prejudice. The court will by separate order determine how the judgment amount shall be divided among the heirs at law who are entitled to share in the judgment.

Dated this 22nd day of December, 2016.

                                                       */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr., Magistrate Judge
                                                     United States District Court